1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 5:04-MJ-2034 JLT

12                Plaintiff,            GOVERNMENT'S MOTION TO DISMISS
                                        COMPLAINT AND RECALL WARRANT
13         v.                           PURSUANT TO FED.R.CRIM.PROC. 48(a);
                                        ORDER
14 HARVINDOR KAUR GURAYA,

15                Defendant.

16

17     Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT,

18 Acting United States Attorney, and KEVIN P. ROONEY, Assistant United States Attorney, and request

19 leave of Court to dismiss the Complaint alleging unlawful flight to avoid prosecution in this case, as to

20 the above-named defendant, in the interest of justice, and recall the arrest warrant. This request is

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

MOTION TO DISMISS                          1

1 | made because the defendant was arrested on the underlying charges.

3 | DATED: June 9, 2016                                        Respectfully submitted,

    PHILLIP A. TALBERT
    Acting United States Attorney

    By:     /s/  Kevin P. Rooney
    KEVIN P. ROONEY
    Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   **June 10, 2016**              **/s/ Lawrence J. O'Neill**
                                           UNITED STATES CHIEF DISTRICT JUDGE